# IN THE SUPREME COURT

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

8 DECEMBER 2016

| 332P16 | Sandra D. Snipes and William J. Snipes v. Britthaven, Inc., Principle Long Term Care, Inc., Spruce LTC Group, LLC d/b/a Richmond Pines Healthcare and Rehabilitation Center, and Fred McQueen, Jr., M.D. | 1. Defs' (Britthaven, Inc., Principle Long Term Care, Inc., and Spruce LTC Group, LLC d/b/a Richmond Pines Healthcare and Rehabilitation Center) Motion for Temporary Stay (COA16-291)<br><br>2. Defs' (Britthaven, Inc., et al.) Petition for *Writ of Supersedeas*<br><br>3. Defs' (Britthaven, Inc., et al.) Petition for *Writ of Certiorari* to Review Order of COA | 1. Allowed **09/07/2016** Dissolved **12/08/2016**<br><br>2. Denied<br><br>3. Denied |
| --- | --- | --- | --- |
| 333P16 | State of North Carolina *ex rel.* Commissioner of Insurance v. North Carolina Rate Bureau In the Matter of the Filing Dated January 3, 2014 by the North Carolina Rate Bureau for Revised Homeowners' Insurance Rates and Homeowners' Insurance Territory Definitions | 1. N.C. Rate Bureau's Notice of Appeal Based Upon a Constitutional Question (COA15-402)<br><br>2. N.C. Rate Bureau's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed *ex mero motu*<br><br>2. Denied |
| 336P16 | WIDENI77 v. North Carolina DOT, I-77 Mobility Partners LLC and State of North Carolina | Plt's PDR Prior to Determination by COA | Denied |
| 337P00-2 | State v. Waverly Orlando Harshaw, Jr. | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court, Catawba County<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Allowed<br><br>3. Dismissed as moot<br><br>**Edmunds, J., recused** |
| 339P16 | State v. Silvestre Alvarado Chaves | Def's Petition for *Writ of Certiorari* to Review Order of Superior Court | Dismissed |
| 340A95-5 | State v. William Morganherring, IV (DEATH) | Def's *Pro Se* Motion for Appeal of Denial of Motion for Supplemental Post-Conviction Discovery | Dismissed |
| 340P16 | State v. Alfred Lee Cooper | Def's *Pro Se* Motion for PDR (COAP16-192) | Dismissed |